OPINION — AG KEY QUESTION: ATTACHED PLEASE FIND COPY OF SENATE BILL NO. 399 SEEKING TO APPROPRIATE MONEY TO THE OKLAHOMA CIVIL AIR PATROL AS REIMBURSEMENT FOR SERVICES RENDERED. IT THIS CONSTITUTIONAL? ANSWER: SENATE BILL NO. 399 WOULD BE CONSTITUTIONAL, IF ENACTED WITHIN PURVIEW OF ARTICLE X, SECTION 23 (PAY AS YOU GO) AND ARTICLE V, SECTION 32, ARTICLE V, SECTION 46 (LOCAL AND SPECIAL LAWS) AND ARTICLE V, SECTION 51 (EXCLUSIVE RIGHTS, PRIVILEGES AND IMMUNITIES). (HARVEY CODY)